UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DENNIS BAGLAMA, *et al.*,

                Plaintiffs,                           Case No.: 3:13-cv-276

  vs.

MWV CONSUMER AND OFFICE                 Judge Thomas M. Rose
PRODUCTS, *et al.*,                           Magistrate Judge Michael J. Newman

                Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 41)

       The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 41), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in full.  It is therefore **ORDERED** that:

     1. The parties' stipulated motion to strike Plaintiffs' request for attorneys' fees from the complaint (doc. 39) is **GRANTED**; and

     2. Plaintiffs' request for attorneys' fees is **STRIKEN** for the complaint (doc. 1).

     **IT IS SO ORDERED**.

Date: May, 20, 2014                         *s/Thomas M. Rose

                                _____
                                   Thomas M. Rose
                             United States District Judge